# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

CARPENTERS DISTRICT COUNCIL OF )
KANSAS CITY AND VICINITY PENSION )
FUND, et al., )
)
Plaintiffs, )
)
v. ) No. 06-0058-CV-W-DW
)
CONSTRUCTION AND DRYWALL )
SPECIALISTS, INC., et al., )
)
Defendants. )

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 21). Pursuant

to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with*

*prejudice*. The fees and costs associated with this action shall be borne by the parties individually.

The Clerk of the Court is directed to mark this action as closed.


Date: April 17, 2007                                    /s/ DEAN WHIPPLE
                                                        Dean Whipple
                                                        United States District Judge